# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-179
LT Case No. 2018-CA-7934

_____

HANI N. JADA,

    Appellant,

    v.

JOHNNY N. JADA, AN INDIVIDUAL
AND JADA BROS. INC., A FLORIDA
CORPORATION,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Michael S. Sharrit, Judge.

Hani N. Jada, Jacksonville, for Appellant.

Paul M. Eakin, of the Law Office of Nancy C. Harrison, P.L.,
Atlantic Beach, for Appellees.

December 19, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____